Signed: April 12, 2010



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, N.A. its Successors and/or Assigns
F.040-1447

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>STEVE LAROY MEACHAM AND NANCY JEAN MEACHAM,<br><br>    Debtors.<br>_____ | ) Bk. No. 09-13035<br>)<br>) CHAPTER 13<br>)<br>) R.S. No. DRP – 736<br>)<br>) ORDER FOR RELIEF FROM<br>) <u>AUTOMATIC STAY</u><br>)<br>) Hearing-<br>) Date : 4/8/10<br>) Time : 9:00 a.m.<br>) Place : U.S. Bankruptcy Court<br>)        99 South E Street<br>)        Santa Rosa, California<br>)        Courtroom (bkcy) |

      The Motion for Relief from Automatic Stay of U.S. Bank, N.A. its Successors and/or Assigns, its assignees and/or successors in interest, came on for hearing on 4/08/10 at 9::00 a.m., before the Honorable Alan Jaroslovsky. Appearances are as set forth in the Court's docket.

      The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

-1-

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A. its Successors and/or Assigns, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **Lake Berryessa Estate, Pope Valley, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof. |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A. its Successors and/or Assigns, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **Lake Berryessa Estate, Pope Valley, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is not waived.

** END OF ORDER**